IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01367-RBJ-MJW

JAMES J. SCHWITZER and
TAMMY L. SCHWITZER,

Plaintiffs,

v.

WELLS FARGO BANK, N.A. and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc.'s Motion for Extension of Time to Respond to Discovery Requests (Docket No. 23) is GRANTED for good cause shown. Defendants shall have up through and including November 30, 2012 to respond to Plaintiffs' discovery requests.

It is further ORDERED that Plaintiff's [sic] Motion to Compel Defendant's [sic] Responsive Answers to Interrogatories and Admissions Requests and For Appropriate Sanctions (Docket No. 20) is DENIED without prejudice as premature.

It is further ORDERED that Plaintiff's [sic] Motion to Compel Defendant's [sic] Responsive Answers to Interrogatories and Admissions Requests and For Appropriate Sanctions (Docket No. 22) is DENIED without prejudice as premature.

Date: November 16, 2012